IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TYRONE L. BROWN,                )
                                )
    Plaintiff,                  )
                                )
v.                              )    CASE NO. CV413-092
                                )
SAVANNAH POLICE DEPARTMENT,     )
OFFICER K. ANDERSON, DETECTIVE  )
S. MORIN, and DISTRICT ATTORNEY )
LARRY CHISOLM,                  )
                                )
    Defendants.                 )
                                )

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 13), to which no objections have been filed. After a careful de novo review of the record in this case, the Court concurs with the report and recommendation. Accordingly, the report and recommendation is **ADOPTED** as the Court's opinion and Plaintiff's § 1983 action is **DISMISSED**. In accordance with the procedure outlined in the report and recommendation, Plaintiff is **ORDERED** to pay the Court's filing fee. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 27th day of December 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA